IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

EVANS RUSS, JR.,                      )
                                      )
    Plaintiff,                        )
                                      )
    v.                                )        CASE NO. 1:11-cv-658-TMH
                                      )        [wo]
JASON ARNETTE, *et al.*,              )
                                      )
    Defendants.                       )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that this case is DISMISSED.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this 27th  day of September, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE